**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| ROBERTHSON JOSE COLINA ORTIZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:26-cv-3481-MBB |
| | ) | |
| JIM ARNOTT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On August 11, 2026, Petitioner Roberthson Jose Colina Ortiz filed a Petition for a Writ of Habeas Corpus. (**Doc. 1**). He requested his immediate release from detention. (***Id.***). On August 12, 2026, the Court ordered Respondents to show cause why the petition should not be granted. (**Doc. 5**). On August 16, 2026, Respondents submitted a show-cause Response. (**Doc. 6**). On August 20, 2026, Petitioner submitted a Traverse. (**Doc. 8**). On September 14, 2026, Petitioner moved the Court to dismiss this case without prejudice. (**Doc. 9**). Respondents did not oppose Petitioner's motion to dismiss.

Accordingly, it is hereby **ORDERED** that this case is **DISMISSED** without prejudice under Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO ORDERED.**

/s/ Megan Blair Benton
MEGAN BLAIR BENTON
UNITED STATES DISTRICT JUDGE

Dated: September 29, 2026